U.S. Department of Justice

*Eastern District of California*
*United States Attorney*
McGregor W. Scott
United States Attorney

| | |
|---|---|
| 501 I Street, Suite 10-100 | 916/554-2700 |
| Sacramento, California 95814 | Fax 916/554-2900 |
| | TTY 916/554-2855 |

December 7, 2005

Honorable Peter A. Nowinski
U. S. Magistrate Judge
501 I Street
Sacramento, California  95814

    Re:  United States v. Agapita Chavez Ramirez
          Magistrate # 03-025-PAN
          <u>Unlawful Flight to Avoid Prosecution</u>

Dear Magistrate Nowinski:

    There was filed before you, on February 1, 2003, a complaint for unlawful flight to avoid prosecution.

    We have been notified by the Federal Bureau of Investigation that the subject was located in Mexico.  The District Attorney's office for the County of San Joaquin has requested that the above-referenced complaint be dismissed.

    Therefore, we respectfully request that the complaint be dismissed and the warrant recalled.

                                 Very truly yours,

                                 McGREGOR W. SCOTT
                                 United States Attorney


                               By <u>/S/ THOMAS E. FLYNN</u>
                                  THOMAS E. FLYNN
                                  Assistant U.S. Attorney

IT IS SO ORDERED:

    Dated:  December 8, 2005.

                                 <u>/s/ Peter A. Nowinski</u>
                                 PETER A. NOWINSKI
                                 Magistrate Judge

CERTIFICATE OF SERVICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | MAGISTRATE NO. 03-025-PAN |
| ) | |
| v. ) | |
| ) | |
| Agapita Chavez Ramirez ) | |
| ) | |
| Defendant(s). ) | |

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion as to be competent to serve papers.

That on December 7, 2005, she served a copy of the attached:

Motion to Dismiss; Proposed Order

by placing said copy into the interoffice mail.

    Federal Defender's Office

    United States Marshal's Office

/S/ Patsy Silva
Patsy Silva